UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WESLEY GLAZE,<br><br>    Petitioner,<br><br>v.<br><br>C. DUCART,<br><br>    Respondent. | Case No. 16-cv-05144-JD<br><br>**ORDER FOR RESPONDENT TO FILE AN ANSWER**<br><br>Docket No. 22 |

Jason Glaze, a pro se state prisoner, has brought a habeas petition under 28 U.S.C. § 2254. The Court granted respondent's motion to dismiss finding that two of the three claims were unexhausted. Glaze was given a choice to proceed with the one exhausted claim or seek to overcome the procedural default and a file a stay to exhaust the other claims. Glaze has chosen to proceed with the one claim that there was insufficient evidence to support his conviction for assault with a deadly weapon and dismiss the other claims. Docket No. 21. Therefore, respondent shall file an answer no later than **sixty days** from the date of this Order. The parties shall follow all other instructions set forth in the Order to Show Cause. Docket No. 10. The two unexhausted claims are dismissed from this action and petitioner's motion to continue on the one claim (Docket No. 22) is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: March 1, 2018

JAMES DONATO
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WESLEY GLAZE,<br><br>    Plaintiff,<br><br>v.<br><br>C. DUCART,<br><br>    Defendant. | Case No. 16-cv-05144-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Wesley Glaze
AR8036
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

Dated: March 1, 2018

    Susan Y. Soong
    Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2